**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EDDIE BOYD CONNOR, | Case No. CV 18-6069-DDP (AGR) |
| Plaintiff, | **ORDER RE PLAINTIFF'S FAILURE TO PAY THE FILING FEES AND DISMISSING ACTION** |
| v. | |
| LINDA ORTEGA, et al., | |
| Defendants. | |

On July 19, 2018, the Court DENIED plaintiff's request to file this action without prepayment of the filing fees. The Court ordered plaintiff to pay the filing fees in full within 30 days and advised him that failure to do so would result in dismissal of the case. Plaintiff has failed to pay the fees or otherwise respond. Accordingly, the Request to Proceed without Prepayment of Filing Fees is DENIED and the case is dismissed.

IT IS SO ORDERED.

DATED: 9/13/18

DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE